IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER CROSS**                                                              **PLAINTIFF**

v.                                          No. 3:19-cv-7-DPM

**UNITED PARCEL SERVICE, INC.**                                        **DEFENDANT**

## ORDER

Joint Report, *Doc. 20*, appreciated. Discovery is tangled up. It will take the Court some time to address the disputed issues. And the Court will likely have to try an older case in February. Therefore, the Amended Final Scheduling Order, *Doc. 14*, is suspended and the 2 February 2021 trial is canceled. A Second Final Scheduling Order will issue. Depositions are postponed until after the Court addresses the joint report. Motions, *Doc. 21 & 22*, denied without prejudice as moot. In the meantime, the parties must finalize the Protective Order. UPS's proposal, *Doc. 20-1 at 59-74*, is a bit more complicated than usual, but it will do as a foundation. (*Wesby* was a products case involving two companies.) Please replace paragraphs 7 and 12 with the Court's current versions about redaction and sealed filings and the sunset. *See Doc. 10* in *Chaotic Labz, Inc. v. SDC Nutrition, Inc.*, 4:18-cv-75-DPM. Please send the revised version to chambers by 11 September 2020.

-2-

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 September 2020