IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER CROSS                                                        PLAINTIFF

v.                              No. 3:19-cv-7-DPM

UNITED PARCEL SERVICE, INC.                                     DEFENDANT

## JUDGMENT

Cross's complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 November 2021